# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-0860
LT Case No. 2020-CA-000205-A

_____

DEBBIE LAWRENCE,

    Appellant,

    v.

STEWART GRANVILLE, GAIL
GRANVILLE, AND SHERRIE LYNN
BOWMAN,

    Appellees.

_____

On appeal from the Circuit Court for Lake County.
G. Richard Singeltary, Judge.

Lawrence P. Cartelli, of Lawrence P. Cartelli, P.A., Tavares, for
Appellant.

Lindsay C.T. Holt, of Crawford, Modica & Holt, Tavares, for
Appellee.


March 12, 2024


PER CURIAM.

    AFFIRMED.

LAMBERT, SOUD, AND MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____